IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Nichols, Deborah D

Printed: 03/10/09

Case Number: 05 B 07127

Judge: Hollis, Pamela S

Filed: 3/1/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Completed: February 5, 2009

Confirmed:  May 9, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 55,961.00 |  |
| Secured: |  | 41,353.07 |
| Unsecured: |  | 10,199.24 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,484.22 |
| Trustee Fee: |  | 2,919.66 |
| Other Funds: |  | 4.81 |
| Totals: | 55,961.00 | 55,961.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,484.22 | 1,484.22 |
| 2. | Countrywide Home Loans Inc. | Secured | 36,287.69 | 36,287.69 |
| 3. | Countrywide Home Loans Inc. | Secured | 5,065.38 | 5,065.38 |
| 4. | Resurgent Capital Services | Unsecured | 4,704.56 | 8,153.05 |
| 5. | ECast Settlement Corp | Unsecured | 1,180.70 | 2,046.19 |
| 6. | Casual Corner | Unsecured |  | No Claim Filed |
| 7. | Gregory Emergency Physicians | Unsecured |  | No Claim Filed |
| 8. | Capital One | Unsecured |  | No Claim Filed |
| 9. | St Francis Hospital | Unsecured |  | No Claim Filed |
|  |  |  | $ 48,722.55 | $ 53,036.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 230.58 |
| 5.5% | 634.09 |
| 5% | 128.10 |
| 4.8% | 358.19 |
| 5.4% | 844.97 |
| 6.5% | 444.79 |
| 6.6% | 278.94 |
|  | $ 2,919.66 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Nichols, Deborah D

Printed: 03/10/09

Case Number:  05 B 07127
Judge:  Hollis, Pamela S
Filed:  3/1/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: